# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRADLEY GILLESPIE, )
        Plaintiff, )
         )
vs. )
         )    Case No:
         )
JEFF ZMUDA, et al., )
        Defendants. )

## <u>NOTICE OF REMOVAL OF PENDING STATE COURT ACTION</u>

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, all served Defendants, Jeff Zmuda, Darcie Holthaus, Tommy Williams, Tyler Clark, Maria Bos, Jeremy Hoepner, Paul Runnels, Kyli Sparks, Robin Leonard, Shelby Kreidler, Devyn Parks, Larry Teach, and Joshua Richert (collectively the "Defendants") hereby remove to this Court, the state court action described in Paragraph 1, below, and filed by Plaintiff, Bradley Gillespie, #2000086107.

### THE REMOVED CASE

1. The removed case is a civil action filed on March 3, 2026, in the Butler County, Kansas District Court, styled *Bradley Gillespie v, Jeff Zmuda, et al.*, Case No. BU-2026-CV-000071 (the "Removed Case"), which is incorporated herein, as if set forth in full.

### GROUNDS FOR REMOVAL

2. This action is removable pursuant to 28 U.S.C. §§ 1441(c) and 1331 because Plaintiff alleges a cause of action arising under the Constitution and the laws of the United States. 42 U.S.C. § 1983.

<h2 align="center">PAPERS IN THE REMOVED ACTION</h2>

3. As required by 28 U.S.C. § 1446(a), attached hereto as Exhibit A are true and correct copies of all process, pleadings, orders, and other papers on file in the Removed Case.

<h2 align="center">REMOVAL IS TIMELY</h2>

4. The complaint in the Removed Case was filed on March 3, 2026. *See* Exhibit A. Defendants first received notice of the Removed Case by service of summons served on March 10, 2026. *See* Exhibit A. This Notice of Removal is filed within thirty (30) days following March 10, 2026, and therefore is timely under 28 U.S.C. §1446(b) and Rule 6(a) of the Federal Rules of Civil Procedure.

<h2 align="center">VENUE IS PROPER IN THIS DISTRICT AND DIVISION</h2>

5. Venue in the District of Kansas is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state action is pending.

<h2 align="center">FILING OF REMOVAL PAPERS</h2>

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action is being delivered to Plaintiff, and a Notice of Removal is being filed with the Butler County, Kansas, District Court. A true and correct copy of that Notice is attached hereto as Exhibit B.

WHEREFORE, Defendants hereby remove the above captioned action from the Butler County, Kansas District Court, and request that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

*/s Elizabeth E. Fowler*
Elizabeth E. Fowler      #27839

Legal Counsel
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, Kansas 66603
Phone:  785.600.0698
Fax:  785.783.6950
E-mail: elizabeth.fowler@ks.gov
Attorney for Defendants

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that on this 27th day of March, 2026, a true and correct copy of the above and foregoing was filed via the Court's electronic filing system with a copy placed in U.S. mail, postage prepaid, addressed to:

*/s  Elizabeth E. Fowler*_____
Elizabeth E. Fowler
Attorney for Defendants


Bradley Gillespie #2000086107
EDCF
PO Box 311
El Dorado, KS 67042