**EXHIBIT**

**B**

**IN THE DISTRICT COURT OF BUTLER COUNTY, KANSAS**
**THIRTEENTH JUDICIAL DISTRICT**

| | |
|---|---|
| **BRADLEY GILLESPIE,** ) | |
|         **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No: BU-2026-CV-000071** |
| ) | |
| **JEFF ZMUDA, et al.,** ) | |
|         **Defendants.** ) | |

## NOTICE OF FILING OF REMOVAL

PLEASE TAKE NOTICE that on the 27th day of March, 2026, the attached Notice of Removal of the above-captioned action from the Butler County, Kansas District Court was filed with the Clerk of the United States District Court for the District of Kansas, thereby effecting the removal of the action from the this Court and prohibiting further proceedings in the Butler County, Kansas District Court, in accordance with the provisions of 28 U.S.C. §1446(d).

Respectfully submitted,

*/s  Elizabeth E. Fowler*
Elizabeth E. Fowler      #27839
Legal Counsel
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, Kansas 66603
Phone:  785.600.0698
Fax:  785.783.6950
E-mail: elizabeth.fowler@ks.gov
Attorney for Defendants named in
Notice of Removal

## <u>CERTIFICATE OF MAILING</u>

    I hereby certify that on this 27th day of March, 2026, a true and correct copy of the above and foregoing was filed via the Court's electronic filing system with a copy placed in U.S. mail, postage prepaid, addressed to:

            */s Elizabeth E. Fowler*     
            Elizabeth E. Fowler
            Attorney for Defendants
            named in Notice of Removal

Bradley Gillespie #2000086107
El Dorado Correctional Facility
PO Box 311
El Dorado, KS 67042