# Bradley Thomas Gillespie #117695 vs. Jeff Zmuda, et al

## Case Summary

| | | | |
|---|---|---|---|
| Case Number | BU-2026-CV-000071 | Filed Date | 03/03/2026 |
| County | Butler County | Judicial Officer | Hart , Charles M — (03/03/2026) |
| Case Type | CV Habeas Corpus | Status | Pending 03/03/2026 |

## Case Details

### Case History

**BU-2026-CV-000071** [Current]

| | | | |
|---|---|---|---|
| County | Butler County | Judge | Hart , Charles M |
| Transferred In | 03/03/2026 | | |

## Parties

**Darcie Holthaus**
Defendant

---

**Maria Bos**
Defendant

---

**Jeff Zmuda**
Defendant

---

**Bradley Thomas Gillespie #117695**
Plaintiff

---

**Allison Osborne**
Defendant

---

**Francisco Ayala**
Defendant

---

**Larry Teach**

Defendant

---

**Shelby Kreidler**
Defendant

---

**Paul Runnels**
Defendant

---

**Thomas Williams**
Defendant

---

**Tyler Clark**
Defendant

---

**Joshua Richert**
Defendant

---

**Robin Leonard**
Defendant

---

**Kyli Sparks**
Defendant

---

**Jeremy Hoepner**
Defendant

---

**Devyn Parks**
Defendant

---

## Events

| 03/03/2026 | **PLE: Petition** | Index: 2 |
| 03/03/2026 | **INF: Request and Service Instruction Form** | Index: 3 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: L. Teach | Index: 4 |

| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: S. Kreidler | Index: 5 |
|---|---|---|
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: A Osborne | Index: 6 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: F Ayala | Index: 7 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: P Runnels | Index: 8 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: M Bos | Index: 9 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: T. Williams | Index: 10 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: J Zmuda | Index: 11 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: J Zmuda | Index: 11 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: T Clark | Index: 12 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Holthaus | Index: 13 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: J Richert | Index: 14 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: R Leonard | Index: 15 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: K Sparks | Index: 16 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: J Hoepner | Index: 17 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61** | Index: 18 |

| | | |
|---|---|---|
| | Comment: D. Parks | |

| | | |
|---|---|---|
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/03/2026 | **PLE: Summons - Chapter 61**<br>Comment: D. Parks | Index: 18 |
| 03/11/2026 | **RET: Return of Service - Summons**<br>Comment: personal | Index: 19 |
| 03/11/2026 | **RET: Return of Service - Summons**<br>Comment: no service | Index: 20 |
| 03/11/2026 | **RET: Return of Service - Summons**<br>Comment: personal | Index: 21 |
| 03/11/2026 | **RET: Return of Service - Summons**<br>Comment: personal | Index: 22 |
| 03/11/2026 | **RET: Return of Service - Summons**<br>Comment: personal | Index: 23 |
| 03/11/2026 | **RET: Return of Service - Summons**<br>Comment: personal | Index: 24 |
| 03/11/2026 | **RET: Return of Service - Summons**<br>Comment: personal | Index: 25 |

| 03/11/2026 | **RET: Return of Service - Summons** | Index: 26 |
|---|---|---|
| | Comment: personal | |

| 03/11/2026 | **RET: Return of Service - Summons** | Index: 27 |
|---|---|---|
| | Comment: personal | |

| 03/11/2026 | **RET: Return of Service - Summons** | Index: 28 |
|---|---|---|
| | Comment: personal | |

| 03/11/2026 | **RET: Return of Service** | Index: 29 |
|---|---|---|
| | Comment: Return of Service of Summons/Petition | |

| 03/11/2026 | **RET: Return of Service** | Index: 30 |
|---|---|---|
| | Comment: Return of Service of Summons/Petition | |

| 03/12/2026 | **RET: Return of Service - Summons** | Index: 31 |
|---|---|---|
| | Comment: personal | |

| 03/12/2026 | **MOT: Motion (Generic)** | Index: 32 |
|---|---|---|
| | Comment: Motion for Temporary Restraining Order | |

| 03/17/2026 | **RET: Return of Service - Summons** | Index: 33 |
|---|---|---|
| | Comment: personal | |

| 03/19/2026 | **RET: Return of Service - Summons** | Index: 34 |
|---|---|---|
| | Comment: personal | |

## Financials

**Gillespie #117695, Bradley** (Plaintiff)

Balance as of 03/27/2026: **$0.00**

Docket/Filing Fees

| Transaction Type | Date | Receipt # | Charge | Payment | Credit |
|---|---|---|---|---|---|
| Charge | 03/03/2026 | | $195.00 | $0.00 | $0.00 |
| Payment | 03/03/2026 | BU-2026-000356 | $0.00 | -$195.00 | $0.00 |

## Documents

| 03/03/2026 | | Index: 2 |
|---|---|---|

**PLE: Petition**

| Pages | 63 |
|---|---|

| 03/03/2026 | | Index: 3 |
|---|---|---|

**Request for Service**

| Pages | 1 |
|---|---|

03/03/2026      Index: 4

**PLE: Summons - Chapter 61 - Teach**

Pages      1

03/03/2026      Index: 5

**PLE: Summons - Chapter 61 - Kriedler**

Pages      1

03/03/2026      Index: 6

**PLE: Summons - Chapter 61-Osborne**

Pages      1

03/03/2026      Index: 7

**PLE: Summons - Chapter 61-Ayala**

Pages      1

03/03/2026      Index: 8

**PLE: Summons - Chapter 61- Runnels**

Pages      1

03/03/2026      Index: 9

**PLE: Summons - Chapter 61 - Bos**

Pages      1

03/03/2026      Index: 10

**PLE: Summons - Chapter 61 - Williams**

Pages      1

03/03/2026      Index: 11

**PLE: Summons - Chapter 61 - Zmuda**

Pages      1

03/03/2026      Index: 11

**PLE: Summons - Chapter 61 - Zmuda**

Pages      1

03/03/2026      Index: 12

**PLE: Summons - Chapter 61-Clark**

Pages      1

03/03/2026      Index: 13

**PLE: Summons - Chapter 61-Holthaus**

| | | |
|---|---|---|
| Pages | 1 | |

| 03/03/2026 | | Index: 14 |
|---|---|---|
| **PLE: Summons - Chapter 61-Richert** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 15 |
|---|---|---|
| **PLE: Summons - Chapter 61-Leonard** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 16 |
|---|---|---|
| **PLE: Summons - Chapter 61-Sparks** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 17 |
|---|---|---|
| **PLE: Summons - Chapter 61-Hoepner** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 18 |
|---|---|---|
| **PLE: Summons - Chapter 61-Parks** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 18 |
|---|---|---|
| **PLE: Summons - Chapter 61-Parks** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 18 |
|---|---|---|
| **PLE: Summons - Chapter 61-Parks** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 18 |
|---|---|---|
| **PLE: Summons - Chapter 61-Parks** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 18 |
|---|---|---|
| **PLE: Summons - Chapter 61-Parks** | | |
| Pages | 1 | |

| 03/03/2026 | | Index: 18 |
|---|---|---|
| **PLE: Summons - Chapter 61-Parks** | | |
| Pages | 1 | |

03/03/2026

Index: 18

**PLE: Summons - Chapter 61-Parks**

Pages                    1

---

03/03/2026

Index: 18

**PLE: Summons - Chapter 61-Parks**

Pages                    1

---

03/03/2026

Index: 18

**PLE: Summons - Chapter 61-Parks**

Pages                    1

---

03/03/2026

Index: 18

**PLE: Summons - Chapter 61-Parks**

Pages                    1

---

03/03/2026

Index: 18

**PLE: Summons - Chapter 61-Parks**

Pages                    1

---

03/03/2026

Index: 18

**PLE: Summons - Chapter 61-Parks**

Pages                    1

---

03/11/2026

Index: 19

**personal**

RET: Return of Service - Summons

Pages                    1

---

03/11/2026

Index: 20

**no service**

RET: Return of Service - Summons

Pages                    1

---

03/11/2026

Index: 21

**personal**

RET: Return of Service - Summons

Pages                    1

---

03/11/2026

Index: 22

**personal**

RET: Return of Service - Summons

Pages                    1

03/11/2026                                                           Index: 23

**personal**

RET: Return of Service - Summons

Pages                           1

03/11/2026                                                           Index: 24

**personal**

RET: Return of Service - Summons

Pages                           1

03/11/2026                                                           Index: 25

**personal**

RET: Return of Service - Summons

Pages                           1

03/11/2026                                                           Index: 26

**personal**

RET: Return of Service - Summons

Pages                           1

03/11/2026                                                           Index: 27

**personal**

RET: Return of Service - Summons

Pages                           1

03/11/2026                                                           Index: 28

**personal**

RET: Return of Service - Summons

Pages                           1

03/11/2026                                                           Index: 29

**Return of Service of Summons/Petition**

RET: Return of Service

Pages                           1

03/11/2026                                                           Index: 30

**Return of Service of Summons/Petition**

RET: Return of Service

Pages                           1

03/12/2026                                                           Index: 31

**personal**

RET: Return of Service - Summons

| | | |
|---|---|---|
| Pages | 1 | |

03/12/2026 Index: 32

**MOT: Motion (Generic)**

| | | |
|---|---|---|
| Pages | 2 | |

03/17/2026 Index: 33

**personal**

RET: Return of Service - Summons

| | | |
|---|---|---|
| Pages | 1 | |

03/19/2026 Index: 34

**personal**

RET: Return of Service - Summons

| | | |
|---|---|---|
| Pages | 1 | |