EXHIBIT

A

## Elizabeth Fowler [KDOC]

| | |
|---|---|
| **From:** | Elizabeth Fowler [KDOC] |
| **Sent:** | Friday, March 27, 2026 4:43 PM |
| **To:** | Kyli Sparks [KDOC] |
| **Cc:** | Christopher Dean [KDOC] |
| **Subject:** | Mail from KDOC Legal to Gillespie |

Good afternoon,

Giving you a heads up that we sent a large packet of legal filings to resident, Gillespie today.

Thanks!

Elizabeth Fowler | Attorney
**Kansas Department of Corrections**
714 SW Jackson St, Suite 300 | Topeka, Kansas 66603
Office: 785-600-0698   | Elizabeth.Fowler@ks.gov



*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under attorney client privilege, work product privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege or immunity.*